Law Offices
of
# JOHN M. KUCERA

Phone: (530) 241-1800　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (530) 241-3897

January 12, 2012



United States District Court
Honorable Judge Craig Kellison
2986 Bechelli Lane
Redding, CA    96002

**RE:**　**U.S. v. Montana Hendricks,**
　　　　**Case Number:**　　3:11-mj-00018-CMK
　　　　**Jury Trial:**　　　　January 23, 2012 at 9:30 a.m.

Dear Judge Kellison:

It is required that advance authority be requested under Rule 17(b), by ex parte application, for subpoenas by indigent defendants.

It is necessary that one (1) witness be subpoenaed in this case for an adequate presentation of the defense. Authority to subpoena these witnesses under Rule 17(b), Federal Rules of Criminal Procedure, is hereby requested. One witness is employed by the Siskiyou County Sheriff's Department in Yreka, California at 311 Lane Street, Yreka, California 96097.

It is respectfully requested that you sign this Memorandum and return the original and copies to this office to be filed with the clerk at the close of this case so that there is authorization for payment of these witnesses. This application is submitted ex parte and shall not be served upon representatives of the Government.

Sincerely,

JOHN M. KUCERA

Authorization for issuance of this subpoena, services and payment of the witness(es) by the U.S. Marshall is hereby granted. After service, the original document shall be returned to the Court with a copy sent to the defense counsel verifying service on the witness(es).

Dated: /-13-12

UNITED STATES DISTRICT JUDGE