# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:11-mj-0018 Cmk

MONTANA HENDRICKS               **ORDER TO PAY**

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
~~CITY        STATE      ZIP CODE~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 5-21-2012                    _____
                                    DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[X] Fine: $ 325.00 and a penalty assessment of $ 10.00 ~~(charges)~~ for a TOTAL AMOUNT OF: $ 335.00 within _____ days/~~months or~~ payments of $ 50.00 per month, commencing 7-1-2012 and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____
X 1 year court probation; to terminate upon payment in full
PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~USDC~~                    ~~CLERK, USDC~~
~~CENTRAL VIOLATIONS BUREAU (CA)~~   ~~1130 O STREET, RM 5000~~         CLERK, USDC
~~POST OFFICE BOX 740026~~   ~~FRESNO, CA 93721~~              501 "I" STREET
~~ATLANTA, GA 30374-0026~~                                     SACRAMENTO, CA  95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 5-21-2012                    _____
                                    U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3